# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

130542
130543

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

INTERNATIONAL HOME FOODS, INC.,
      Plaintiff-Appellee,

v

SC: 130542
COA: 253748
Ct of Claims: 02-000081-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant.
_____

LENOX, INC.,
      Plaintiff-Appellee,

v

SC: 130543
COA: 253760
Ct of Claims: 01-018141-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant.
_____

      On order of the Court, leave to appeal having been granted, and the briefs and oral argument of the parties having been considered by the Court, we hereby REVERSE the judgment of the Court of Appeals and REINSTATE the judgment of the Ingham Circuit Court for the reasons stated in the Court of Appeals dissent.

      CAVANAGH, J., dissents and would affirm the Court of Appeals decision in this matter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk

l0103